IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH J. BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV23 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FATHER FLANAGAN'S BOYS' HOME; | ) | |
| FATHER FLANAGAN'S BOYS' HOME | ) | |
| d/b/a BOYS TOWN PEDIATRICS; | ) | |
| BOYS TOWN d/b/a BOYS TOWN | ) | |
| PEDIATRICS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's Unopposed Motion to Extend the Deadline for plaintiff to file an Amended Complaint and to extend the defendant's Answer deadline (Filing No. 13). The Court finds that the unopposed motion shall be granted.

**IT IS ORDERED** that the Plaintiff shall have until **May 17, 2010**, to file an Amended Complaint and the Defendant shall have until **June 7, 2010**, to file a responsive pleading to the Amended Complaint.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge