# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBORAH BURNS,** | ) | **CASE NO. 8:10CV23** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **FATHER FLANAGAN'S BOYS' HOME** | ) | |
| **d/b/a BOYS TOWN NATIONAL** | ) | |
| **RESEARCH HOSPITAL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 65).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The parties will bear their own costs and attorney fees.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 65) is approved;

2. All claims asserted by Plaintiff Deborah Burns against Defendant Father Flanagan's Boys' Home d/b/a Boys Town National Research Hospital are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 17th day of November, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge